303

subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiff was sustained.

**No. 64645.**—Verona Dyestuffs *v.* United States, protest 59/26459 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles, the claim of the plaintiff was sustained.

**No. 64646.**—Verona Dyestuffs *v.* United States, protests 59/27219, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles, the claim of the plaintiff was sustained.

**No. 64647.**—Verona Dyestuffs *v.* United States, protests 59/32583 and 59/33964 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles, the claim of the plaintiff was sustained.

**No. 64648.**—Verona Dyestuffs *v.* United States, protest 60/580 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles, the claim of the plaintiff was sustained.

No. 64649.—Karl B. Rosen Co., Inc. v. United States, protest 59/28217 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. L. Lemke & Co., Inc.* v. *United States* (39 Cust. Ct. 253, C.D. 1937), the claim of the plaintiff was sustained.

No. 64650.—V. Christensen Co. v. United States, protest 331086-K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64651.—The Coldwater Seafood Corp. and Osan Supply Co. v. United States, protests 60/5598 and 59/27961 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 64652.—Organon, Inc. v. United States, protests 59/1123(A), 59/1124(A), and 59/1124(B) (New York).

Opinion by WILSON, J. The protests were dismissed.

No. 64653.—Gallagher and Ascher Company v. United States, protest 59/8855–10756 (Chicago).